UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CATRINA M. GOODMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No.: 3:12-CV-55<br>(VARLAN/GUYTON) |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton on May 29, 2012 [Doc. 18]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In the Report and Recommendation, the magistrate judge recommends that Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. 15] be granted, and that a judgment awarding plaintiff the amount of $360.61 for attorneys fees be entered.

The Court has carefully reviewed this matter, including the underlying pleadings. The Court is in agreement with the magistrate judge's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 18]. Additionally, it is **ORDERED** that Plaintiff's Motion for

Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. 15] is **GRANTED** and plaintiff is hereby **AWARDED** a judgment in the amount of **$360.61** for attorneys fees.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ Debra C. Poplin  
    CLERK OF COURT

2

Case 3:12-cv-00055-TAV-HBG   Document 19   Filed 06/18/12   Page 2 of 2   PageID #: 71